**Order entered July 20, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00534-CV

**KELLY D. HOLLINGSWORTH, ET AL., Appellants**

**V.**

**WALAAL CORPORATION D/B/A AMBASSADOR CAB, ET AL., Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-03638**

## ORDER

Before the Court is appellees' July 18, 2018 unopposed motion seeking a sixty-day extension of time to file a brief. We **GRANT** the motion **to the extent** that appellees shall file a brief by **August 20, 2018**.

/s/    ADA BROWN
        JUSTICE